1 | JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
2 | 2900 Bristol Street, Suite "A-208"
COSTA MESA, CA 92626
3 | Telephone: (949) 722-0055
Fax: (949) 722-8416
4 | Email: jackie@jacquelynenguyenlaw.com
5 | Attorney for: Plaintiff

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:14 cv 207 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| DUC M. KHAU, AKA RONALD MINH KHAU, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Duc M. Khau, aka Ronald Minh Khau, in the principal amount of $11,948.39 plus interest accrued to January 24, 2014, in the sum of $26,326.97; with interest accruing thereafter at 2.95% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$38,275.36**.

DATED: February 24, 2014          By: TERRY NAFISI
                                      Clerk of the Court

                                      _____
                                      Deputy Clerk
                                      United States District Court